USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/31/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHITKUER,

              Plaintiff,

-against-

VEDIC CONSOLIDATED, LLC, *et al.*,

              Defendants.

23-cv-10808 (ALC)

**ORDER**

---

**ANDREW L. CARTER, United States District Judge:**

    The Parties are hereby **ORDERED** to file a JSR informing the Court of the pendency of this action by **June 7, 2024.**

**SO ORDERED.**

Dated:    May 31, 2024
             New York, New York

                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**