```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/1/2024__
```

UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CHITKUER,** *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> **VEDIC CONSOLIDATED LLC,** *et al.*, <br><br> Defendant. | **23-CV-10808** <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiffs' June 7, 2024 Proposed Clerk's Certificate of Default has been marked as deficient by the Clerk of the Court since June 10, 2024. ECF No. 14. The Court hereby **ORDERS** Plaintiffs to file a corrected Proposed Certificate as necessary by July 8, 2024.

**SO ORDERED.**

**Dated:  July 1, 2024**
         **New York, New York**

*/s/ Andrew L. Carter, Jr.*

**ANDREW L. CARTER, JR.**
**United States District Judge**