USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/17/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **CHITKUER***, et al.***,** <br><br> **Plaintiffs,** <br><br> -against- <br><br> **VEDIC CONSOLIDATED, LLC,** *et al.***,** <br><br> **Defendants.** | **23-cv-10808 (ALC)** <br><br> **ORDER** |

**ANDREW L. CARTER, United States District Judge:**

In accordance with the Court's July 1, 2024 Order, Plaintiffs have requested and obtained a Clerk's Certificate of Default.  ECF No. 16, *see also* ECF No. 21.  Whereas the Clerk of the Court issued a Certificate of Default on July 9, 2024, Plaintiffs have yet to file their contemplated motion for default judgment and related papers.  Plaintiffs are hereby **ORDERED** to file their anticipated motion and related papers in accordance with the Court's Rules of Individual Practice by July 26, 2024.

**SO ORDERED.**

**Dated:    July 17, 2024**
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**