USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/13/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CHITKUER,**  Plaintiff,  -against-  **VEDIC CONSOLIDATED, LLC,** *et al.*,  Defendants. | **23-cv-10808 (ALC)**  **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

In its July 17, 2024 Order, the Court directed Plaintiff to move for default judgment in accordance with this Court's Rules of Individual Practice by July 26, 2024. ECF No. 22. On July 26, 2024, Plaintiff filed a "Motion for Default Judgment" as against Defendants Ryan and Vedic as well as a memorandum of law in support thereof. ECF Nos. 23-24. Despite being instructed to do so, Plaintiff did not adhere the motion for default to the Court's Rules of Individual Practice. The deficiencies in the motion include, but are not limited to, the lack of valid counsel affidavit and proposed default judgment.

Therefore, Plaintiff's motion at ECF No. 23 is **DENIED** without prejudice. Plaintiff is directed to, if desired, make a complete motion for default judgment in accordance with this Court's Rules of Individual Practice (with particular attention to the section entitled "Attachment A") by **August 23, 2024**.

**SO ORDERED.**

Dated:   August 13, 2024
         New York, New York

                                                _____
                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**