UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CHITKUER,**<br><br>                              **Plaintiff,**<br><br>-against-<br><br>**VEDIC CONSOLIDATED, LLC,** *et al.***,**<br><br>                              **Defendants.** | **23-cv-10808 (ALC)**<br><br>**DEFAULT JUDGMENT** |

**ANDREW L. CARTER, JR., United States District Judge:**

On December 12, 2023, Plaintiff Jessica Chitkuer brought this action against Defendants Vedic Consolidated, LLC ("Vedic"), Cypher Media Technologies, LLC, William E. Ryan, III, and Panadda Loetthanajinda alleging claims of securities fraud, unfair and deceptive acts and practices, fraud, conversion, and unjust enrichment. *See generally* ECF No. 1. On March 15, 2024, Defendants Vedic and Ryan (the "Ryan Defendants") were served. *See* ECF No. 14. On July 8, 2024, Plaintiff requested an entry of default judgment against the Ryan Defendants for their failure to appear in this action. *See* ECF Nos. 17–20. On July 9, 2024, the Clerk of Court entered a certificate of default as to the Ryan Defendants. ECF No. 21.

On July 17, 2024, the Court ordered Plaintiff to file her motion for default and supporting papers by July 26, 2024. ECF No. 22. On July 26, 2024, Plaintiff filed her motion for default judgment as to the Ryan Defendants, but the order denied the motion without prejudice on August 13, 2024 due to Plaintiff's failure to file the motion according to the Court's Rules of Individual Practice. *See* ECF Nos. 23–25. On October 24, 2024, Plaintiff properly refiled her motion for default judgment and supporting memorandum and papers. ECF Nos. 29–31. On January 30, 2025, the Court ordered the Ryan Defendants to show cause as to why default judgment should not be granted and entered against them. ECF No. 31. In this order, the Court advised the Ryan Defendants

that failure to respond to this Order to Show Cause would be grounds for default judgment being entered against them. On February 4, 2025, Plaintiff filed proof of service by certified mail of the Court's January 30 Order to Show Cause on the Ryan Defendants. ECF No. 32. To date, the Ryan Defendants have not responded to the Court's Order to Show Cause, opposed the motion, or otherwise participated in this action.

Accordingly, having considered the Affidavit of James Emmet Murphy dated and filed October 24, 2024 (ECF No. 29-1), the Memorandum of Law in Support of the Motion for Default Judgment (ECF No. 30), as well as the summonses and Complaint previously filed in this action (and affidavits of service thereof), it is hereby **ORDERED** that judgment be entered in Plaintiff's favor against the Ryan Defendants on all counts of Plaintiff's Complaint as to liability only. The Clerk of Court is directed to terminate Plaintiff's motion docketed at ECF No. 29.

Dated:   July 2, 2025
         New York, New York

                                               ANDREW L. CARTER, JR.
                                               United States District Judge