UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHITKUER,<br><br>                            Plaintiff,<br><br>            -against-<br><br>VEDIC CONSOLIDATED, LLC, *et al.*,<br><br>                            Defendants. | 23-cv-10808 (ALC)<br><br>**<u>DEFAULT JUDGMENT</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

On July 2, 2025, the Court granted default judgment against Defendants Vedic Consolidated, LLC ("Vedic") and William E. Ryan, III (the "Ryan Defendants"). ECF No. 33. That same day, the Court ordered the Ryan Defendants to show cause as to why an order should be not be issued pursuant to Federal Rule of Civil Procedure 55 granting Plaintiff's requested compensatory damages in the amount of $91,632.23 in principal; plus interest of 10% interest annually, accrued from July 17, 2023 as of October 24, 2024, amounting to $9,263.22, for a total of $100,895.45; and separately, $190.00 for costs.

Having received no response from the Ryan Defendants, Plaintiff is hereby awarded damages in the amount of $100,895.45 and costs in the amount of $190.00 against the Ryan Defendants.

Dated:   October 8, 2025
         New York, New York

                                                              _____
                                                              **ANDREW L. CARTER, JR.**
                                                              **United States District Judge**